JODI LINKER
Federal Public Defender
Northern District of California
KAITLYN FRYZEK
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: Kaitlyn_Fryzek@fd.org

Counsel for Defendant Li

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: 25-mj-71375-MAG [KAW] |
|---|---|
| Plaintiff, | **MOTION TO ALLOW REMOTE APPEARANCE; ORDER** |
| v. | Court: Courtroom 4, 3rd Floor |
| CHAM (TONY) LI, | Hearing Date: November 25, 2025 |
| Defendant. | Hearing Time: 10:30 a.m. |

  This case is currently set for a detention hearing on November 25, 2025 before this Honorable Court. Defense counsel respectfully requests that the Court permit a potential surety/custodian for Mr. Li, who resides in Florida, to appear remotely via Zoom for the hearing. Given the fast-paced nature of the proceedings, the surety was unable to arrange travel to the Northern District of California to attend the hearing in person. The defense has asked the government's position and the government has indicated they do not oppose the request for the remote appearance.

MOTION TO PERMIT REMOTE APPEARANCE; ORDER
LI, 4:25-CR-71375-MAG

1

Dated: November 24, 2025

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

/S
KAITLYN FRYZEK
Assistant Federal Public Defender

## ORDER

For good cause shown, it is hereby ordered that Mr. Li's potential surety, Shan Ren Cua, be permitted to appear remotely for the detention hearing currently set on November 25, 2025.

**IT IS SO ORDERED.**

Dated: November 24, 2025

Hon. Kandis A. Westmore
United States Magistrate Judge