

# U.S. District Court

### California Northern - Oakland

Receipt Date: Dec 3, 2025 2:39PM

CHAM LI
14234 TIBURON RD
SAN LEANDRO, CA 94577

| Rcpt. No: 411018686 | Trans. Date: Dec 3, 2025 2:39PM | | | Cashier ID: #AF (7003) | |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 800 | Non Cash Collateral | DCAN425MJ71375 /1<br>CHAM (TONY) LI | 1 | 0.00 | 0.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| NCC | Non-cash | | $0.00 |
| | | Total Due Prior to Payment: | $0.00 |
| | | Total Tendered: | $0.00 |
| | | Total Cash Received: | $0.00 |

**Comments:** 4:25-MJ-71375 MAG-1 DEED OF TRUST 2025151925

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.