IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>CHAM (TONY) LI,<br><br>      Defendants. | **Case No.:** 25-MJ-71375 (KAW)<br><br>**ORDER TO EXONERATE BOND AND RECONVEY PROPERTY** |

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby ORDERS that the appearance bond entered on December 3, 2025 in the Northern District of California be exonerated. This order is to have no effect on the appearance bond issued on January 7, 2026 in the Middle District of Florida.

The Court further ORDERS that the $75,000 of value in Mr. Li's San Leandro property, previously conveyed to the Clerk of the Northern District of California as security for his appearance bond, be reconveyed to him. The Clerk of the United States District Court for the Northern District of California is ordered to enter the Full Reconveyance Order previously submitted with Mr. Li's property packet.

IT IS SO ORDERED.

Dated:      April 3, 2026

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge

ORDER TO EXONERATE BOND
*LI*, 25-MJ-71375 (KAW)

1